# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**VICTOR ARIZA,**
        **Plaintiff,**

**v.**                                                               Case No. 6:24-cv-282-JA-DCI

**WONDERWORKS ORLANDO ATTRACTION, LLC,**
        **Defendant.**

## ORDER OF DISMISSAL

The Court has been advised by the Plaintiff that the above-styled action has been completely settled. (Notice of Settlement, Doc. 9).

Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this case is hereby **DISMISSED** subject to the right of any party, within thirty days from the date of this Order, to move the Court to re-open the case for entry of a stipulated final order or a judgment or for further proceedings. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida, on February 28, 2024.

                                                    JOHN ANTOON II
                                                    United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties