UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:24-CV-00282-JA-DCI

VICTOR ARIZA,

    Plaintiff,

v.

WONDERWORKS ORLANDO
ATTRACTION, LLC, a Florida
Limited liability company,

    Defendant.
_____/

## **STIPULATION FOR DISMISSAL WITH PREJUDICE**

    Plaintiff, Victor Ariza, and Defendant, Wonderworks Orlando Attraction, LLC (collectively, the Parties), hereby stipulate and agree that (1) the Parties have settled this action; (2) this action be dismissed with prejudice against Defendant, Wonderworks Orlando Attraction, LLC; and (3) the Parties shall bear their own costs and attorneys' fees except as otherwise provided in the Parties' Settlement Agreement.

    Respectfully submitted,

| | |
|---|---|
| RODERICK V. HANNAH, P.A. | FORDHARRISON, LLP |
| By: */s/ Roderick V. Hannah* | By: */s/ Merry E. Lindberg* |
| Roderick V. Hannah, Esq. | Merry E. Lindberg, Esq. |
| Florida Bar No. 435384 | Florida Bar No.: 308102 |
| rhannah@rhannahlaw.com | mlindberg@fordharrison.com |
| 4800 North Hiatus Road | 515 North Flagler Drive, Suite 350 |
| Sunrise, Florida 33351 | West Palm Beach, FL 33401 |

*Ariza v. Wonderworks Orlando Attraction, LLC..*
Case No. *6:24-cv-00282-JA-DCI*
Stipulation for Dismissal with Prejudice

T: (954) 362-3800 Telephone
F: (954) 362-3779 Facsimile

LAW OFFICE OF PELAYO
DURAN, P.A.

By: */s/ Pelayo M. Duran*
Pelayo M. Duran, Esq.
Florida Bar No. 0146595
pleadings@pelayoduran.com
4640 NW 7th Street
 Miami, Florida 33123
(305) 266-9780 Telephone
(305) 269-8311 Facsimile

*Attorneys for Plaintiff*

T: (561) 345-7505

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 28, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to: Roderick V. Hannah, Esq., Roderick V. Hannah, P.A., 4800 North Hiatus Road, Sunrise, Florida 33351, email: rhannah@rhannahlaw.com; and Pelayo M. Duran, Esq., Law Office of Pelayo Duran, P.A., 4640 NW 7th Street, Miami, Florida 33123; email: duranandassociates@gmail.com.

/s/ *Merry E. Lindberg*
Merry E. Lindberg
Florida Bar No. 308102

2